# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN TROY,

    Petitioner,

-vs-                                                     Case No. 8:11-cv-796-T-30AEP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before the Court for consideration is Petitioner's *pro se* Motion to Hold Proceedings in Abeyance (Dkt. 8). Petitioner is represented in this action by the Office of the Capital Collateral Regional Counsel-Middle Region (*see* Dkt. 6). Since Petitioner is represented by counsel, the motion he filed *pro se* will be stricken and disregarded by the Court. *See* Local Rule 2.03(d) (M.D. Fla. 2009).[1] Petitioner did not seek leave of the Court prior to filing his *pro se* motion.

ACCORDINGLY, the Court **ORDERS** that Petitioner's *pro se* Motion to Hold Proceedings in Abeyance (Dkt. 8) is **STRICKEN** as unauthorized. The Clerk shall return

---

[1] Rule 2.03 provides, in pertinent part, that "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court...."

the motion to Petitioner with his copy of this Order, and retain a copy of the motion for the court file.

    **DONE** and **ORDERED** in Tampa, Florida on July 6, 2011.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Counsel of Record
           John Troy, Petitioner