## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOHN TROY,

    Petitioner,

v.                                                   Case No. 8:11-cv-796-T30-AEP

SECRETARY OF DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

John Troy, a State of Florida inmate under sentence of death, moves for reconsideration of the denial of a certificate of appealability (Doc. 32).

Rule 11(a), Rules Governing Section 2254 Cases, requires a district court to "issue or deny a certificate of appealability when it enters a final order adverse to the applicant." As stated in *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000):

> To obtain a COA under § 2254(c), a petitioner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot [v. Estelle*, 463 U.S. 880 (1983)], includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'" *Barefoot*, *supra*, at 893, and n.4, 102 S. Ct. 3383 ("sum[ming] up" the "substantial showing" standard).

Troy's Section 2254 petition for a writ of habeas corpus was previously denied. (Doc. 30). Troy now requests a certificate of appealability on grounds one, three, four, five, and

six of his petition. This court rejected those grounds on the merits and has already determined that Troy is not entitled to either a certificate of appealability or to proceed *in forma pauperis* on appeal. Because jurists of reason would not fairly debate whether the petition states a valid claim of the denial of a constitutional right, a certificate of appealability is unwarranted. *Slack v. McDaniel*, 529 U.S. at 483-84. Accordingly, Troy's motion for reconsideration of the denial of a certificate of appealability (Doc. 32) is **DENIED**.

    **DONE** and **ORDERED** in Tampa, Florida on January 23, 2013.

                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record